for failure to prosecute in accordance with the rules.

Mayra QUINONES–REBOYRAS, Petitioner,

v.

DEPARTMENT OF VETERANS AFFAIRS, Respondent.

No. 2011–3082.

United States Court of Appeals, Federal Circuit.

May 3, 2011.

Mayra Quinones–Reboyras, Tampa, FL, pro se.

Joseph A. Pixley, Department of Justice, Washington, DC, for Respondent.

### ORDER

The petitioner having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) within the time permitted by the rules, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED,

for failure to prosecute in accordance with the rules.

HOYT LIVERY INC. and Hoyt Limousine LLC, Plaintiffs– Appellees,

v.

Jean R. CHERIVAL (doing business as Hoyt & Universal Limousine LLC, Universal Limousine LLC, and Hoyt Limousine LLC), Defendant–Appellant,

and

John Roberts, Defendant.

No. 2011–1299.

United States Court of Appeals, Federal Circuit.

May 3, 2011.

John J. Morgan, Barr & Morgan, Jean R. Cherival, Stratford, CT, for Plaintiffs– Appellees.

Jean R. Cherival, Stratford, CT, for Defendant–Appellant.

### ORDER

The appellant having failed to pay the docketing fee required by Federal Circuit

Rule 52(a)(1) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

**TREBOR INDUSTRIES, INC.,**
**Plaintiff–Appellant,**

v.

**JL GORY, LLC, doing business as The Air Line by J. Sink, Defendant–Appellee,**

**and**

**Sink Enterprises, Inc., Janet S. Sink, and Joseph R. Sink, Defendants–Appellees.**

**No. 2011–1208.**

United States Court of Appeals, Federal Circuit.

May 3, 2011.

Robert Edward Pershes, Buckingham, Doolittle, Boca Raton, FL, Kraig Scott Weiss, Silverberg & Weiss, P.A., Weston, FL, for Defendant–Appellee.

Daniel Steven Polley, Boca Raton, FL, for Plaintiff–Appellant.

**ORDER**

The appellant having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

**D & D GROUP PTY LTD., D & D Technologies Pty Ltd., and D & D Technologies (USA), Inc., Plaintiffs–Appellants,**

v.

**NATIONWIDE INDUSTRIES, INC., Defendant–Appellee.**

**No. 2010–1430.**

United States Court of Appeals, Federal Circuit.

May 3, 2011.

Robert D. Becker, Manatt, Phelps & Phillips, LLP, Palo Alto, CA, for Plaintiffs–Appellants.

David L. Nocilly, Bond Schoeneck & King, LLP, Syracuse, NY, for Defendant–Appellee.